No. 799. GEORGE F. MONTGOMERY, APPELLANT, *v.* ARTHUR WOODS, POLICE COMMISSIONER OF THE CITY OF NEW YORK. Appeal from the District Court of the United States for the Southern District of New York. Argued April 19, 1918. Decided April 22, 1918. *Per Curiam.* Judgment affirmed with costs upon the authority of (1) *Munsey* v. *Clough,* 196 U. S. 364, 373–374; *Appleyard* v. *Massachusetts,* 203 U. S. 222; *McNichols* v. *Pease,* 207 U. S. 100; *Biddinger* v. *Commissioner of Police,* 245 U. S. 128; (2) *Munsey* v. *Clough,* 196 U. S. 364, 373; *Pierce* v. *Creecy,* 210 U. S. 387, 401, 402, 404–405; *Drew* v. *Thaw,* 235 U. S. 432, 439–440. *Mr. Herbert Noble* for

appellant. *Mr. Robert S. Johnstone* and *Mr. Edmund K. Trent* for appellee.